395 A.2d 972

Commonwealth v. Perry, Appellant.

Argued September 12, 1978. Arthur J. King, for appellant; Ronald T. Williamson, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

395 A.2d 973

Commonwealth v. Picano, Appellant.

Argued September 13, 1978. France Picano, appellant, in pro. per.; S. Gross, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.